■ ANNABELL SASSATELLI, Respondent, v. DOMINICK N. SASSATELLI, Appellant.— In an action for a judicial separation, the defendant appeals from an order of the Supreme Court, Nassau County, dated March 30, 1962, which granted plaintiff's motion for alimony *pendente lite* and referred her application for counsel fees to the Trial Justice. Order affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ EARL H. STITT, Respondent, v. JOHN GOLD, Appellant.— In an action against a physician and surgeon to recover damages for his alleged breach of contract to cure the plaintiff, the defendant appeals from an order of the Supreme Court, Queens County, dated March 9, 1962, which denied his motion to dismiss the complaint on the grounds: (1) that there was another action pending between the same parties for the same cause (Rules Civ. Prac., rule 107, subd. 3); and (2) that the cause of action did not accrue within the time limited by law for the commencement of an action thereon (Rules Civ. Prac., rule 107, subd. 5). Order affirmed, with $10 costs and disbursements, with leave to defendant to answer the complaint within 20 days after entry of the order hereon. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur. [33 Misc 2d 273.]

■ ANGELINA TICHIO, Also Known as ANGELINA LOMANGINO, Respondent, v. MARGARET MORGERO, Appellant.— In an action between adjoining property owners to declare that plaintiff has acquired a permanent easement of egress and ingress over a portion of defendant's land, to and from plaintiff's garage; to compel defendant to remove a fence which obstructs such easement; and to enjoin defendant from interfering with plaintiff's enjoyment of such easement, the defendant appeals from a judgment of the Supreme Court, Kings County, entered March 13, 1962, upon the decision of a Special Referee after trial before him, in favor of the plaintiff. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ CATHERINE YANNOTTI, Appellant, v. VINCENT YANNOTTI, Respondent. — In an action to recover damages for personal injuries arising out of an automobile collision, plaintiff appeals from so much of an order of the Supreme Court, Queens County, dated November 18, 1960, as upon reconsideration, denied her application for a preference in trial, pursuant to rule 9 of the Queens County Supreme Court Rules. Order, insofar as appealed from, affirmed, without costs. No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.